# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 25, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

148944-5

VICKASH MANGRAY,
       Plaintiff-Appellant,

v

GMAC MORTGAGE, L.L.C., US BANK
NATIONAL ASSOCIATION, MORTGAGE
ELECTRONIC REGISTRATION SYSTEMS,
INC., RONALD KELLY, and ORE CREEK
DEVELOPMENT CORPORATION,
       Defendants-Appellees,
and

ORLANS ASSOCIATES, P.C.,
       Defendant.

SC: 148944
COA: 311321
Washtenaw CC: 11-000798-CH

_____/

VICKASH MANGRAY,
       Plaintiff-Appellant,

v

GMAC MORTGAGE, L.L.C., ORLANS
ASSOCIATES, P.C., RONALD KELLY, ORE
CREEK DEVELOPMENT CORPORATION, US
BANK NATIONAL ASSOCIATION,
MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC., and MERSCORP, INC.,
       Defendants-Appellees.

SC: 148945
COA: 311332
Washtenaw CC: 11-000798-CH

_____/

On order of the Court, the application for leave to appeal the December 17, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 25, 2014



Clerk

t1117